OFFICE OF DISCIPLINARY COUNSEL *v.* BRAUN.

[Cite as *Disciplinary Counsel v. Braun* (2000), 90 Ohio St.3d 138.]

(No. 00–760—Submitted July 6, 2000—Decided September 20, 2000.)

*Jonathan E. Coughlan,* Disciplinary Counsel, and *Dianna M. Anelli,* Assistant Disciplinary Counsel, for relator.

*Gary L. Braun, pro se.*

***Per Curiam.*** Having reviewed the record, we adopt the findings, conclusions, and recommendation of the board. Respondent is hereby suspended from the practice of law in Ohio for one year, with six months of that year stayed. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.